UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DOWNS,<br><br>  Petitioner,<br><br>  v.<br><br>JEFFREY BEARD,<br><br>  Respondent. | No. 2:14-cv-3011-GEB-EFB P<br><br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 10, 2015, after receiving two extensions of time to file objections to the March 12, 2015 findings and recommendations, he filed a request for a stay, ECF No. 16.

In his "request for [a] stay of [this] action," petitioner requests another extension of time to file objections. Petitioner has had ample time to file objections to the findings and recommendations. He fails to demonstrate that good cause exists to necessitate either another extension of time or a stay of these proceedings. Petitioner's request, ECF No. 16, is denied.

So ordered.

Dated: July 14, 2015.

　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE